# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-1137
LT Case No. 2023-MM-34619-A

———————————————

ELIJAH LOCKHART,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the County Court for Brevard County.
Kimberly L. Musselman, Judge.

Matthew J. Metz, Public Defender, and Evan Altes, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tabitha
Mills, Assistant Attorney General, Daytona Beach, for Appellee.

December 23, 2025


PER CURIAM.

    AFFIRMED.

BOATWRIGHT, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____